ALEJANDRA ODILIA GRANILLO

1232 SOUTH GLENDALE AVE.

GLENDALE, CA. 91205

TEL:818-662-0722

IN PROSE

FILED

2013 OCT 18  AM 10: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISCTRCT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INOVATION SPORTS MANAGEMENT, INC,. | Case No.: 2:13CV6588 -TJH(PLAx) |
| | ANSWER TO COMPLAINT |
| Plaintiff, | |
| vs. | |
| ALEJADRA ODILIA GRANILLO | |
| Defendant. | |

TO THE HONOARBLE JUDGE AND ATTORNEY OF RECORD,

- 1 -

Defendant Alejandra Odilia Granillo, individual and d/b/a a EL SABROCITO RESTAURANTE Y PUPUSERIA A/K/A, RESTAURANTE PUPUSERIA EL SABROCITO responds to allegations of the Complaint on file herein, affirms, denies and alleges as follow:

1. Answering the allegations on Paragraph 1-5, Defendant admits each and every one of the allegations contained in said paragraph.

2. Answering the allegations of Paragraph 6, Defendant alleges that she has no information or belief sufficient to allow her to answer and so she denies each and every allegation contained in said paragraph.

3. Answering the allegations of Paragraphs 7-10, Defendant admits each ane every one of the allegations contained in said paragraphs.

4. Answering the allegations of Paragraphs 11-12, Defendants denies each and every allegation contained in said paragraphs.

5. As to count I, the Defendant alleges that she did not knowingly, willfully or for the purpose of direct or in direct commercial advantage or private, intercept, receive, publish, divulge, display and /or exhibit the Program at her Commercial establishment in Glendale, California located at 1232 South Glendale Avenue, Glendale, CA. 91205.

6. Answering the allegations of Paragraphs 13-16, Defendant Denies each and every allegation contained in said paragraph.

7. Answering the allegations of the Paragraphs 17, Defendant by reference her admission and denial to paragraph 1-16 of the Complaint.

8. Answering the allegations of Paragraph 18, Defendant without sufficient knowledge or information to either admit or deny the allegations contained in that paragraph, and on that basis denies those allegations.

9. Answering the allegations of Paragraph 19-20, Defendant without sufficient knowledge or information to either admit or deny the allegations contained in said paragraphs.

10. Answering the allegations of Paragraphs 21-31, Defendant denies any allegations contained in said paragraphs.

11. Answering to allegations contained in Paragraphs 32-36, Defendant denies any allegations contained in said paragraph.

12. Answering the allegations on Paragraphs 37-38, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in said paragraphs.

13. Answering the allegations of Paragraphs 39-41, Defendant denies any allegations contained in said paragraphs.

AFFIRMATIVE DEFENSE

Without admitting that she has the burden of proof a sto any of the following defenses, Alejandra Odilia Granillo aleeges as follows.

FIRST AFFIRMATIVE DEFENSE

(Failure to State Claim)

1. The Complaint and every claim for relief contained therein fails to state a claim upon which relief may be granted.

SECOND AFFIRMATIVE DEFENSE

(Laches)

2. The Complaint and every claim for relief contained therein is barred by doctrine of laches.

THIRD AFFIRMATIVE DEFENSE

(Unclean Hands)

3. The Complaint and every claim for relief contained therein is barred by the doctrine of unclean hands.

PRAYER

Alejandra Odilia Granillo prays as follow:

1. That Plaintiff take nothing by way of its Complaint and that judgment be entered in favor of Granillo.

2. For cost of suit.

3. For such other and further relief as the Court may deem just proper.

DATE: October 18, 2013

*Alejandra Odilia Granillo* (signed)

Alejandra Odilia Granillo

- 5 -