Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Alejandra Odilla Granillo, <br><br> Defendant. | CASE NO. 2:13-cv-06588-TJH-PLA <br><br> ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ALEJANDRA ODILLA GRANILLO, individually and d/b/a EL SABROCITO RESTAURANTE Y PUPUSERIA A/K/A RESTAURANTE PUPUSERIA EL SABROSITO [16] |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendant ALEJANDRA ODILLA GRANILLO, individually and d/b/a EL SABROCITO RESTAURANTE Y PUPUSERIA A/K/A RESTAURANTE PUPUSERIA EL SABROSITO, that the above-entitled action is hereby dismissed **with prejudice** against ALEJANDRA ODILLA GRANILLO, individually and d/b/a EL SABROCITO RESTAURANTE Y PUPUSERIA A/K/A RESTAURANTE PUPUSERIA EL SABROSITO and subject to the Court's jurisdiction to enforce, approve, and enter the Stipulated Judgment agreed upon by the Parties.

///

///

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____        Dated: July 23, 2014
**The Honorable Terry J. Hatter, Jr.
United States District Court
Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///